SAO
Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
Telephone: (702) 878-7878
Facsimile: (702) 989-7525
Email: justin@erinjuryattorneys.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA ERIN SHEID, individually;<br><br>Plaintiff,<br>vs.<br><br>DOE DRIVER I, individually; CRST EXPEDITED, INC.; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-02140<br><br>STIPULATION AND ORDER TO AMEND COMPLAINT |

COMES NOW, Plaintiffs, by and through her counsel of record, JUSTIN G. RANDALL, ESQ., of ER INJURY ATTORNEYS, and Defendant CRST EXPEDITED, INC., by and through their counsel of record, MICHAEL P. LOWRY, ESQ., of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and hereby stipulate that Plaintiff may amend the Complaint as set forth in Exhibit 1. This case concerns a motor vehicle accident. Plaintiff was driving one vehicle; Nestor Hernandez was driving the other. The parties stipulate that Nestor Hernandez was driving the vehicle while in the course and scope of his employment with CRST Expedited, Inc. The parties also stipulate to dismiss Plaintiff's 4th cause of action for negligent entrustment and 5th cause of action for negligent hiring, training, and supervision.

| | |
|---|---|
| ER INJURY ATTORNEYS<br><br>/s/ Justin G. Randall<br>Justin G. Randall, Esq.<br>Nevada Bar No. 12476<br>1700 S. Pavilion Center Dr., Ste. 530<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiff* | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Michael P. Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>6689 Las Vegas Boulevard South, Suite 200<br>Las Vegas, NV 89119<br>*Attorneys for Defendant CRST Expedited, Inc.* |

- 1 -

## ORDER

IT IS HEREBY ORDERED that Plaintiffs in the above-entitled matter be granted leave to file the Amended Complaint attached as Exhibit 1. The Clerk's Office is kindly directed to docket the attached amended complaint.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2025

Submitted By:

ER INJURY ATTORNEYS

*/s/ Justin G. Randall*
Justin G. Randall, Esq.
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

# EXHIBIT 1

**ACOM**
Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
Telephone: (702) 878-7878
Facsimile: (702) 968-7525
Email: justin@erinjuryattorneys.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA ERIN SHEID, individually;<br><br>  Plaintiff,<br>vs.<br><br>CRST EXPEDITED, INC.; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>  Defendants. | CASE NO.: 2:25-cv-02140<br><br>**AMENDED COMPLAINT** |

Plaintiff complains as follows:

### GENERAL ALLEGATIONS

1. Plaintiff is, and at all times relevant herein, was a resident of Clark County, Nevada.

2. This Court has jurisdiction over this matter under NRS 14.065 and NRS 4.370(1) because the facts alleged occurred in Clark County, Nevada and involve an amount in controversy in excess of $15,000.00.

3. The true names and capacities of the Defendants designated herein as Doe or Roe Corporations are presently unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. When the true names and capacities of these Defendants are ascertained, Plaintiff will amend this Complaint accordingly.

4. At all times pertinent herein, Defendants were agents, servants, employees, or joint venturers of every other Defendant, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with the knowledge, permission, and consent of all other named Defendants.

- 1 -

5. Plaintiff AMANDA ERIN SHEID was at all times mentioned herein the operator of a 2015 Nissan Murano.

6. NESTOR HERNANDEZ a non-party named herein was at all times mentioned herein the operator of a semi-truck, working under the course and scope of his employment for Defendant CRST EXPEDITED, INC.

7. Defendant CRST EXPEDITED, INC. was at all times mentioned herein the owner of the CRST Expedited Vehicle.

8. On June 7, 2024, NESTOR HERNANDEZ negligently operated the CRST Expedited Vehicle, causing injuries to Plaintiff.

9. As a direct and proximate result of the negligence of Defendants, Plaintiff sustained injuries to her bodily limbs, organs, and systems, all or some of which conditions may be permanent and disabling, and all to Plaintiff's damage in a sum in excess of $15,000.00.

10. As a direct and proximate result of the negligence of Defendants, Plaintiff received medical and other treatment for the aforementioned injuries, and said services, care, and treatment are continuing and shall continue in the future, all to the damage of Plaintiff.

11. As a direct and proximate result of the negligence of Defendants, Plaintiff has been required to, and have limited occupational and recreational activities, which have caused and shall continue to cause Plaintiff loss of earning capacity, lost wages, physical impairment, mental anguish, and loss of enjoyment of life, in a presently unascertainable amount.

12. As a direct and proximate result of the aforementioned negligence of all Defendants, Plaintiff has been required to engage the services of an attorney, incurring attorney's fees and costs to bring this action.

13. Defendant CRST EXPEDITED, INC. is liable vicariously to Plaintiffs by virtue of the doctrine of *Respondeat Superior* in that NESTOR HERNANDEZ was acting within the course and scope of employment for CRST EXPEDITED, INC. at all relevant times material to this matter set forth in this action.

…

…

## FIRST CAUSE OF ACTION

### (Negligence Against Defendant CRST EXPEDITED, INC.)

14. Plaintiff incorporates paragraphs 1 through 13 of this Complaint as though said paragraphs were fully set forth herein.

15. Defendant CRST EXPEDITED, INC. owed Plaintiff a duty of care to operate the CRST Expedited Vehicle in a reasonable and safe manner.

16. Defendant CRST EXPEDITED, INC. breached that duty of care by striking the vehicle containing the Plaintiff on the roadway.

17. As a direct and proximate result of the negligence of Defendant CRST EXPEDITED, INC., Plaintiff has been damaged in an amount in excess of $15,000.00.

## SECOND CAUSE OF ACTION

### (Respondeat Superior against Defendant CRST EXPEDITED, INC.)

18. Plaintiffs incorporate paragraphs 1 through 17 of the Complaint as if those paragraphs were fully incorporated herein.

19. NESTOR HERNANDEZ was acting within the course and scope of their employment while operating the CRST Expedited Vehicle.

20. Defendant CRST EXPEDITED, INC. is therefore liable for the negligent actions of NESTOR HERNANDEZ.

21. Plaintiff was injured as a proximate consequence of Defendants' negligence.

22. As a direct and proximate cause of Defendants' negligence, Plaintiff has been damaged in an amount in excess of $15,000.00.

WHEREFORE, Plaintiffs, expressly reserving the right to amend this Complaint prior to or at the time of trial of this action, to insert those items of damage not yet fully ascertainable, prays judgment against all Defendants, and each of them, as follows:

1. For general damages in an amount in excess of $15,000.00;
2. For special damages in an amount in excess of $15,000.00;
3. For property damages sustained by Plaintiff;
4. For attorney's fees and costs;

5. For interest at the statutory rate; and

6. For such other relief as the Court deems just and proper.

ER INJURY ATTORNEYS

By:   */s/ Justin G. Randall*
Justin G. Randall, Esq.
Nevada Bar No. 12476
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
Attorneys for Plaintiff

EXHIBIT 2

SAO
Justin G. Randall, Esq.
Nevada Bar No. 12476
ER INJURY ATTORNEYS
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
Telephone: (702) 878-7878
Facsimile: (702) 989-7525
Email: justin@erinjuryattorneys.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA ERIN SHEID, individually;<br><br>Plaintiff,<br>vs.<br><br>DOE DRIVER I, individually; CRST EXPEDITED, INC.; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:25-cv-02140<br><br>STIPULATION AND ORDER TO AMEND COMPLAINT |

COMES NOW, Plaintiffs, by and through her counsel of record, JUSTIN G. RANDALL, ESQ., of ER INJURY ATTORNEYS, and Defendant CRST EXPEDITED, INC., by and through their counsel of record, MICHAEL P. LOWRY, ESQ., of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and hereby stipulate that Plaintiff may amend the Complaint as set forth in Exhibit 1. This case concerns a motor vehicle accident. Plaintiff was driving one vehicle; Nestor Hernandez was driving the other. The parties stipulate that Nestor Hernandez was driving the vehicle while in the course and scope of his employment with CRST Expedited, Inc. The parties also stipulate to dismiss Plaintiff's 4th cause of action for negligent entrustment and 5th cause of action for negligent hiring, training, and supervision.

| | |
|---|---|
| ER INJURY ATTORNEYS<br><br>/s/ Justin G. Randall<br>Justin G. Randall, Esq.<br>Nevada Bar No. 12476<br>1700 S. Pavilion Center Dr., Ste. 530<br>Las Vegas, NV 89135<br>*Attorneys for Plaintiff* | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>/s/ Michael P. Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>6689 Las Vegas Boulevard South, Suite 200<br>Las Vegas, NV 89119<br>*Attorneys for Defendant CRST Expedited, Inc.* |

## ORDER

IT IS HEREBY ORDERED that Plaintiffs in the above-entitled matter be granted leave to file the Amended Complaint attached as Exhibit 1.

_____

Submitted By:

ER INJURY ATTORNEYS

*/s/ Justin G. Randall*
Justin G. Randall, Esq.
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

- 2 -

# EXHIBIT 3

 Gmail                                    Carlene Taylor <carlene@erinjuryattorneys.com>

# RE: Sheid

**Lowry, Michael** <Michael.Lowry@wilsonelser.com>                    Fri, Nov 14, 2025 at 11:27 AM
To: Carlene Taylor <carlene@erinjuryattorneys.com>
Cc: Justin Randall <justin@erinjuryattorneys.com>

You may, thank you.

**From:** Carlene Taylor <carlene@erinjuryattorneys.com>
**Sent:** Friday, November 14, 2025 08:13
**To:** Lowry, Michael <Michael.Lowry@wilsonelser.com>
**Cc:** Justin Randall <justin@erinjuryattorneys.com>
**Subject:** Re: Sheid

EXTERNAL EMAIL - This email originated from outside the organization.

Good Morning,

Attached is the proposed Amended Complaint and SAO for your review, please let us know if we may submit using your e-signature.

Thank You,

**Carlene Taylor**

Legal Assistant

1700 S. Pavilion Center Drive, Suite 530
Las Vegas, Nevada 89135

☐ (702) 878-7878
☐ (702) 405-5901

carlene@erinjuryattorneys.com

www.erinjuryattorneys.com

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. Inadvertent transmission and disclosure of otherwise confidential and privileged communications shall not compromise or waive the attorney-client privilege and/or the attorney work-product privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender by return email or by telephone at 702-968-7500. If you are the intended recipient but do not wish to receive communication via e-mail, please advise the sender.

On Wed, Nov 12, 2025 at 2:40 PM Justin Randall <justin@erinjuryattorneys.com> wrote:

> Working on it queen.
>
> [Quoted text hidden]
>
> [Quoted text hidden]

[Quoted text hidden]