

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for CRST Expedited, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Amanda Erin Sheid, individually,<br><br>Plaintiff,<br><br>vs.<br><br>Doe Driver I, individually; CRST Expedited, Inc.; Does I-X, and Roe Corporations I-X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02140<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| WILSON ELSER | ER INJURY ATTORNEYS |
|---|---|
| /s/ Michael Lowry<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Attorneys for CRST Expedited, Inc. | /s/<br>Justin G. Randall, Esq.<br>Nevada Bar No. 12476<br>Attorneys for Amanda Erin Sheid |
| | It is so ordered.<br><br>_____ Jan 12, 2026<br>United States District Judge |

326511913v.1

**Certificate of Service**

Pursuant to FRCP 5, I certify that on January 9, 2026, I served the **Stipulation and Order to Dismiss with Prejudice** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| ER Injury Attorneys<br>1700 S. Pavilion Center Dr., Suite 530<br>Las Vegas, Nevada 89135<br>Attorneys for Amanda Sheid | |

BY:  */s/ Jillian Forrest*
       An Employee of

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

-2-

326511913v.1